**JAMES M. HACKETT, INC.**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**
**jhackettlaw@aol.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>MARY ANN MORGAN,  )<br>  )<br>         Defendant.  )<br>_____) | **DEFENDANT**<br>**MORGAN'S LETTER**<br>**IN AID OF DETENTION HEARING** |

Case No. 4:11-mj-00025-SAO

Defendant Mary Ann Morgan, through counsel, files the following document in aid of detention hearing:

1. reference letter from Ms. Lucy Weinfurter dated November 9, 2011.

DATED at Fairbanks, Alaska this 9th day of November, 2011.

            LAW OFFICES OF JAMES M. HACKETT

            /s/ James M. Hackett

            _____
            James M. Hackett/ABN 7106014
            Attorney for Defendant Morgan

**U.S. v. Morgan**
Letter in Aid of Detention Hearing

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of November, 2011, a true and correct copy of the foregoing document was served by email on:

Mr. Steven E. Skrocki
U.S. Attorney's Office
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-3390
07-271-1500 (fax)
steven.skrocki@usdoj.gov
LAW OFFICES OF JAMES M. HACKETT

/s/ Kristin K. Higa
_____
Kristin K. Higa