**From:** Lucy Weinfurter <scrapbooker65@hotmail.com>
**To:** jhackettlaw <jhackettlaw@aol.com>
**Subject:** Mary
**Date:** Wed, Nov 9, 2011 12:29 am

My name is Lucy, younger sister of Mary by seven years. Mary has always had a love of people and interested in their lives. When I was between the ages of 4-6, there was a fire in the house we here living at. She, along with Joe and Sue, helped to get myself and two younger siblings out of the building. After our youngest sister, Carmen, was born, Mary helped baby-sit, plus finish school, plus work at a job. She learned how to crochet and knit from our grandmother. One summer, when I was a young teenager, she and I took a road trip from Wisconsin to Wyoming in a VW Bug. She made sure we had food, gas in the car, and a place to tent at night. When the VW broke down, she helped to get me back home to Wisconsin. She worked steady on our grandparents farm. When our farm wasn't working, she worked steady on a farm owned by Harold & Elaine Wells. On nights when she wasn't working, she helped out at our local youth group. She was concerned about the spiritual well-being of our family and was instrumental in helping us become established in the local Baptist church. When our Mother sold most of our grandparents farm, Mary funded the largest share of helping us to move from Wisconsin to Alaska in 1985. We had two vehicles, six ladies, a dog, and two cats. The vehicles would break down every other day, and Mary paid for most of the repairs. When Mary was about 8 1/2 months pregnant, there was a grass fire by her house. Mary was out there with the rest of us trying to put it out. The few years that Mary had with Laura, as a child, Mary always provided food, clothing and a warm place to stay. She made sure our children got together to play. She did her best to make Laura's birthdays fun. Mary hired me, when she had to work, as a babysitter for Laura. Since Mary's high schooldays, she has had a desire to learn sewing skills. Sewing has been her passion for along time. She sewed the bridesmaids dresses for my wedding; the brides dress, the flower girls dress, and the ring bearers suit for Carmen's wedding. She has sewn quilts, bags, baby clothes, and doll clothes. She can do mending and repairs. She can sew different types of fabrics such as leather, cotton, velvet and satin. She can sit at any type of sewing machine and learn how to use it. She can knit, crochet, cook and keep a house clean. She wanted to improve her sewing skills even more and so was on her way to Fashion Design School in Seattle. For a couple of years now, she has wanted to do a Project Runway. She has always been willing to help someone in need. She has been at my side in emergencies, and the births of my children. She mourned deeply when our Mother passed away. I have never been threatened by Mary, and I have never felt threatened by being with her. To the best of my knowledge, she has never "terrorized" anyone.

Respectfully submitted: Lucy Weinfurter