KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
JOSEPH W. BOTTINI
Assistant United States Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      joe.bottini@usdoj.gov

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. |
| ) | |
| Plaintiff,  ) | COUNT 1: |
| ) | FELON IN POSSESSION OF |
| vs.  ) | FIREARM |
| ) |   Vio. 18 U.S.C. §§ 922(g)(1) and |
| MARY ANN MORGAN,  ) | 924(a)(2) |
| ) | |
| Defendant.  ) | |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about October 27, 2011, within the District of Alaska, the defendant, MARY ANN MORGAN, having been convicted of the following crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting

interstate and foreign commerce, the following firearm: a .32 caliber Beretta Tomcat pistol, bearing serial number DAA097898.

## Convictions

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 3-16-01 | Custodial Interference in the First Degree-Removal of Child From State | Superior Court for the State of Alaska at Homer | 3HO 00 00401CR |

All of which is in violation of Title 18, United States Code, §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

                                             s/Grand Jury Foreperson
                                             GRAND JURY FOREPERSON

s/Steven E. Skrocki
STEVEN E. SKROCKI
Assistant U.S. Attorney
United States of America

s/Joseph W. Bottini
JOSEPH W. BOTTINI
Assistant U.S. Attorney
United States of America

s/Karen L. Loeffler
KAREN L. LOEFFLER
United States Attorney
United States of America

DATED:  11/16/2011