**JAMES M. HACKETT, INC.**
**401 Eleventh Avenue**
**Fairbanks, Alaska 99701**
**(907) 456-3626**
**jhackettlaw@aol.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **DEFENDANT MORGAN'S MOTION** |
| ) | **FOR FOLLOW-UP MEDICAL** |
| vs. ) | **CARE RECOMMENDATION** |
| ) | |
| MARY ANN MORGAN, ) | |
| ) | |
| Defendant. ) | |

Case No. 3:11-cr-00102-TMB-JDR

Defendant Mary A. Morgan ("Morgan"), through counsel, moves the Court for an order recommending that the Bureau of Prisons ("BOP") provide Morgan with further follow-up medical care for her injured knee.

Morgan's knee, over which she wore a support brace, was kicked at the time of arrest, further aggravating Morgan's preexisting knee injury. Morgan walks with a noticeable limp and experiences on-going pain in her injured knee. Morgan respectfully requests the Court to recommend that BOP provide additional follow-up medical care for Morgan, including prescribed pain

medications if medically indicated, in addition to x-rays recently taken of her injured knee (apparently showing no obvious fractures).

    DATED at Fairbanks, Alaska this 9th day of December, 2011.

                        LAW OFFICES OF JAMES M. HACKETT

                        /s/ James M. Hackett

                        _____
                        James M. Hackett/ABN 7106014
                        Attorney for Defendant Morgan
                        401 11th Avenue, Fairbanks, Alaska, 99701
                        Phone: (907) 456-3626
                        Fax: (907) 451-7590

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of December, 2011, a true and correct copy of the foregoing document was served by email on:

Mr. Steven E. Skrocki
U.S. Attorney's Office
222 West 7th Avenue, #9
Anchorage, AK 99513
907-271-3390
07-271-1500 (fax)
steven.skrocki@usdoj.gov
LAW OFFICES OF JAMES M. HACKETT

/s/ Kristin K. Higa
_____
Kristin K. Higa