# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To: MARY ANN MORGAN  
    Fairbanks Correctional Center  
    1931 Eagan Street, Fairbanks, AK 99707

Case Number: 3:11-cr-00102-TMB  
Case Title: USA v. Morgan  
Docket No:

Document Title: Letter dated 12/23/11 re Request for New Counsel

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing  
___ (a) Cover Sheet missing  
___ OTHER (see comments)

LR 10.1 Form of Pleading  
___ (a) General - see Comments Below  
___ (b) No Chamber copy(s)-copy charge  
Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers  
___ Discovery documents are not routinely filed  
___ Depositions are not routinely filed  
___ Pursuant to Court Order  
**XX** OTHER (see comments)

28:1914(a) Filing Fee  
___ Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading  
___ (a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading  
___ (e) First page information missing (see comments below)  
___ (f) Document is not signed  
___ OTHER (see comments)

LR 5.1 Proof of Service  
    No proof of service on the document filed

*************************************************************************************************

**Comments:** Per this court's Local Rule 11.1(a)(3)(A), "A party that has appeared by counsel may not thereafter appear or act in the party's own behalf in the action..". Mr. Scott Dattan has been appointed CJA counsel in this case on defendant's half. Defendant's letter has been forwarded to CJA counsel Scott Dattan.

Name: Robin Carter      Date: **January 9, 2012**

Revised: March 2009