KAREN L. LOEFFLER
United States Attorney

STEVEN E. SKROCKI
JOSEPH W. BOTTINI
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov
      joe.bottini@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>        Plaintiff, )<br>  vs. )<br>)<br>MARY ANN MORGAN, )<br>)<br>        Defendant. ) | Case No. 3:11-cr-00102-TMB-JDR<br><br>**MOTION TO DISMISS INDICTMENT**<br><br>**[FILED ON SHORTENED TIME]** |

COMES NOW the United States of America, by and through its counsel, and moves this Court for an order dismissing the Indictment against defendant MARY ANN MORGAN, pursuant to Federal Rule of Criminal Procedure 48(a).

//

RESPECTFULLY SUBMITTED this 17th day of February, 2012 at Anchorage, Alaska.

>KAREN L. LOEFFLER
>United States Attorney
>
>s/Joseph W. Bottini
>JOSEPH W. BOTTINI
>Assistant U.S. Attorney
>United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2012, a copy of the foregoing was served electronically on:

D. Scott Dattan, Esq

s/Joseph W. Bottini
Office of the U.S. Attorney