**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　 )<br>　　　　　　　　　　　　　　　) 　Case No. 3:11-cr-00102-TMB<br>v. 　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　)<br>MARY ANN MORGAN, 　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　 )<br>_____) | |

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

　　　 X 　The court has granted the motion of the government for dismissal with prejudice; of the offense(s) of 18: U.S.C. § 922(g)(1) and 924(a)(2); Felon in Possession of Firearm as charged in count(s) 1 of the Indictment.

　　　　**IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

　　**DATED** at Anchorage, Alaska, this 21st day of February, 2012.

　　　　　　　　　　　　　　　　　　　　s/ TIMOTHY M. BURGESS
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

[]{DISCHARG.WPD*Rev.07/03}