
FEB 2 2 2012
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No. 4:11-mj-00025-SAO |
| MARY ANN MORGAN, | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| On Writ of Habeas Corpus | |
| UNITED STATES OF AMERICA, | |
| DISTRICT OF ALASKA | ORIGINAL |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of MARY ANN MORGAN, by you imprisoned and detained as it is said, at Fairbanks Correction Center, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Fairbanks, Alaska, for scheduling an arraignment/initial appearance, and other proceedings as the Court may desire, thereafter and as necessary in <u>United States of America v. Mary Ann Morgan,</u> 4:11-mj-00025-SAO,

now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Fairbanks, Alaska, on this 31ST day of October, 2011.

MARVEL HANSBRAUGH
CLERK, U.S. DISTRICT COURT

By: Redacted Signature
DEPUTY CLERK

## U.S. MARSHALS RETURN

I do hearby certify that I received this Writ of Habeas Corpus Ad Prosequendum/~~Testificandum~~ on 10/31/2011.
I hearby return this Writ of Habeas Corpus Ad Prosequendum/~~Testificandum~~ ~~unserved~~/executed, dated this 2/22/2012 at Anchorage, AK.

ROBERT W. HEUN, US MARSHAL
By: Redacted Signature
Criminal Program Specialist

CASE DISMISSED

U.S. v. Chaney et al.
3:11-cr-00010-HRH-JDR

Page 2 of 2